In The
United States District Court
Northern District of Texas

NO 3:10-CV-0113-D-BN

Michael Wayne Taylor,
Petitioner,

V

Rick Thaler, Director TDCJ-CID

Petitioner's Motion to extend the time for filing written objections to; **Report And Recommendations**, of above case.

To The Honorable Judge of Said Court:

Now comes Michael Wayne Taylor, Petitioner by and through pro se in the above entitled and numbered cause. In support there of will show the Honorable Court as Follows:

## I.

On December 12, 2012 petitioner recieved notice that petition for Writ of Habeas Corpus should be DENIED. Petitioner was given 14 days after being served with a copy, to file specific written objections.

The Petitioner is waiting of Court Transcript in order to show evidence of said claim.

This request is made within 14 days after recieving notice and is thereby timely.

-1-

Wherefore, Premises Considered, petitioner respectfully requests that time for filing response on; Report and Recommendations, be extended and granted.

Respectfully Submitted,

*Michael Wayne Taylor*
Michael Wayne Taylor
TDCJ #1386419
Jordan Unit
1992 Helton Rd.
Pampa, TX 79065-9696

## DECLARATION

I, Michael Wayne Taylor, TDCJ NO 1386419 am ~~presently incarcerated at the Jordan Unit in Gray~~ County, Texas   I hereby declare under penalty of perjury that the foregoing is true and correct.

*Michael Wayne Taylor*
Michael Wayne Taylor, Pro-Se

Michael Wayne Taylor
TDCJ 1386419  H-105
Jordan Unit
1992 Helton Rd.
Pampa, TX 79065-9696

December 24, 2012

United States District Court
   Office Of The Clerk
Northern District of Texas
   1100 Commerce - Room 1452
   Dallas, TX 75242-1495

RE: Motion for Extended Time

Dear Madam

   This is an official request that you please file the enclosed motion and bring it to the attention of the Court.

Your assistance with this matter is greatly appreciated

Sincerely,

*Michael Wayne Taylor*
Michael Wayne Taylor



Michael Wayne Taylor
TDCJ #1386419
Jordan Unit
1992 Helton Rd.
Pampa, TX 79065-9696

AMARILLO TX 791
24 DEC 2012 PM 2 T

RECEIVED
DEC 27 2012
DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of The Clerk
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242-1495

Legal Mail